UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PYRAMID ENTERTAINMENT GROUP, INC.,     Plaintiff,

-v-

DENNIS EDWARDS, HI-C MANAGEMENT & PRODUCTION, INC. and PARADISE ARTISTS, INC.     Defendant.

Case No. 08 CIV. 0138

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiff        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** January 7, 2008

Signature of Attorney

**Attorney Bar Code:** JPC-3673

Form Rule7_1.pdf  SDNY Web 10/2007