# AFFIDAVIT OF SERVICE

State of New York                                County of                                Civil Court

Index Number: 08-CV-0138
Date Filed: 1/8/2008

**PYRAMID ENTERTAINMENT GROUP, INC.**
**DENNIS EDWARDS, HI-C MANAGEMENT & PRODUCTION, INC and**
**PARADISE ARTISTS, INC.**

For:
Cinque
Cinque & Cinque
845 Third Avenue
New York, NY  10022

Received by Family & Court Services, LLC on the 15th day of January, 2008 at 11:56 am to be served on **Mr. Crosby, Hi-C Management Production Inc., 7375 12th Circle, Ocala, FL 34480**.

I, Debra Balentine, being duly sworn, depose and say that on the **16th day of January, 2008** at **12:00 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint, Exhibit A,, Rule 7.1 Statement, Instructions for Attorneys, Copy of Blank Civil Case Management and Scheduling Order and Copy of Blank Consent to Proceed Before United States Magistrate Judge** with the date and hour of service endorsed thereon by me, to: **Mr. Crosby** at the address of: **Hi-C Management Production Inc., 7375 12th Circle, Ocala, FL 34480**, and informed said person of the contents therein, in compliance with state statutes.

The language required by NYC Statute whatever was contained in the items tendered.

**Service Fee Items:**
Serve within 3-5 days     $45.00
Total                             $45.00

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC


RUTH M. PIPPIN
Comm# DD0673935
Expires 5/14/2011
Florida Notary Assn., Inc

Debra Balentine
07-5-11

Family & Court Services, LLC
P O Box 1062
Tavares, FL  32778
(352) 406-3898

Our Job Serial Number: 2008000029

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f