# AFFIDAVIT OF SERVICE

**State of New York**                              **County of**                              **Civil Court**

Index Number: 08-CV-0138
Date Filed: 1/8/2008

PYRAMID ENTERTAINMENT GROUP, INC.
DENNIS EDWARDS, HI-C MANAGEMENT & PRODUCTION, INC and
PARADISE ARTISTS, INC.

For:
 Cinque
Cinque & Cinque
845 Third Avenue
New York, NY  10022

Received by Family & Court Services, LLC on the 15th day of January, 2008 at 11:56 am to be served on **Dennis Edwards, C/O Hi-C Management Production Inc., 7375 12th Circle, Ocala, FL 34480**.

I, Debra Balentine, being duly sworn, depose and say that on the **16th day of January, 2008** at **12:00 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action, Complaint, Exhibit A,, Rule 7.1 Statement, Instructions for Attorneys, Copy of Blank Civil Case Management and Scheduling Order and Copy of Blank Consent to Proceed Before United States Magistrate Judge** with the date and hour of service endorsed thereon by me, to: **Mr. Crosby** as **Owner Of Company** at the address of: **C/O Hi-C Management Production Inc., 7375 12th Circle, Ocala, FL 34480**, who stated they are authorized to accept service for **Dennis Edwards**, and informed said person of the contents therein, in compliance with state statutes.

The language required by NYC Statute whatever was contained in the items tendered.

**Additional Information pertaining to this Service:**
1/16/2008  12:00 pm   Attempted Service on Mr. Edwards. Mr. Crosby stated that he lives in Missouri.

**Service Fee Items:**
 Serve within 3-5 days       $65.00
 Total                       $65.00

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Debra Balentine**
07-5-11

Family & Court Services, LLC
P O Box 1062
Tavares, FL  32778
(352) 406-3898

Our Job Serial Number: 2008000028


RUTH M. PIPPIN
Comm# DD0673935
Expires 5/14/2011
Florida Notary Assn., Inc

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f