UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| PYRAMID ENTERTAINMENT GROUP, INC., | 08 civ. 0138 (PAC) (ECF Case) |
| Plaintiff, | |
| -against- | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT UPON PARADISE ARTISTS, INC. |
| DENNIS EDWARDS, HI-C MANAGEMENT & PRODUCTION, INC. and PARADISE ARTISTS, INC., | |
| Defendants. | |

-------------------------------------------------------X

STATE OF NEW YORK

COUNTY OF NEW YORK

   KATHY A. CRESSWELL being duly sworn deposes and says:

   1. I am over the age of 18 and am not a party to this action.

   2. On January 11, 2008 I caused copies of the summons and complaint, ECF Instructions, Judges' rules and Local Rule 7.1 Statement to be served upon defendant Paradise Artists, Inc. pursuant to CPLR §313 by mail, postage pre-paid requiring a return receipt, to said defendant to its offices located at 108 Matilijia Street, Ojai, California 93023.

   3. I understand that service by return receipt mail is authorized under California Code of Civil Procedure 415.40.

4. Annexed hereto is a copy of the return receipt signed by Jordan Fries on January 16, 2008.

_____
KATHY A. CRESSWELL

Sworn to before me this

22nd day of January, 2008.

_____
JAMES P. CINQUE
Notary Public, State of New York
No. 02CI6033343
Qualified in New York County
Commission Expires March 27, 20_10_

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Jordan Fries      ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>Jordan Fries |
| 1. Article Addressed to:<br>Paradise Artists<br>108 Matilija Street<br>Ojai, Ca 93023 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>[Postmark: JAN 16 2008]<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0003 6548 6253 |
| PS Form 3811, August 2001    Domestic Return Receipt | 102595-01-M-2509 |

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

James P. Cirque Esq
Cirque & Cirque PC
845 Third Avenue
Suite 1400
New York, NY 10022