```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PYRAMID ENTERTAINMENT GROUP, INC.,

        Plaintiff,

-against-

DENNIS EDWARDS, HI-C MANAGEMENT & PRODUCTION, INC. and PARADISE ARTISTS, INC.,

        Defendants.

------------------------------------------------------------X

08 CIV. 0138 (PAC)
ECF Case

STIPULATION
EXTENDING TIME
TO MOVE OR
ANSWER

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for defendants Dennis Edwards, HI-C Management & Production, Inc. and Paradise Artists, Inc. to answer or move with respect to the complaint is continued to and including March 31, 2008.

Dated: March 4, 2008

                              CINQUE & CINQUE, P. C.

                              By: _____
                              James P. Cinque (JPC-3673)
                              Attorneys for Plaintiff
                              845 Third Avenue, Suite 1400
                              New York, New York 10022
                              Telephone: (212) 759-5515
                              Email: CINQUE845@aol.com

LAWRENCE C. NOBLE, ESQ.

By: /s/ *signature*
Lawrence C. Noble (LCN-5478)
Attorneys for Defendants
1001 Partridge Dr., Ste. 300
Ventura, California 93003
Telephone: (805) 658-6266
Facsimile: (805) 658-7628
Email: Lawrence@noble4law.com

SO ORDERED:
*signature*
U.S.D.J.

New York NY
March 19, 2008