```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 18 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PYRAMID ENTERTAINMENT GROUP, INC.,

               Plaintiff,

  -against-

DENNIS EDWARDS, HI-C MANAGEMENT & PRODUCTION, INC. and PARADISE ARTISTS, INC.,

               Defendants.

-----------------------------------------------------------X

08 civ. 0138 (PAC)
(ECF Case)

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court. *The Clerk of Court is directed to close this case.*

DATED: NEW YORK, NEW YORK
          JUNE 12, 2008

                                 CINQUE & CINQUE, P. C.

                                 By: _____
                                    James P. Cinque (JPC-3673)
                                    Attorneys for Plaintiff
                                    845 Third Avenue, Suite 1400

New York, New York 10022<br>
Telephone No.: (212) 759-5515<br>
Telefax No.:    (212) 759-7737<br>
Email:   CINQUE845@aol.com

*[signature]*

LAWRENCE C. NOBLE, ESQ.
Attorneys for Defendants
1001 Partridge Drive
Suite 300
Ventura, California 93003
Telephone: (805) 658-6266
Telefax:    (805) 658-7628
Email:    lawrence@noble4law.com

SO ORDERED:

*[signature]*
U. S. D. J.

2